**UNITED STATES COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel to the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY  10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA  02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Bret Vallacher, Esq.<br>jmassey@masseygail.com<br>bvallacher@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Special Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG P.C**.<br>Melanie L. Cyganowski, Esq.<br>Richard G. Haddad, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>David A. Castleman, Esq.<br>mcyganowski@otterbourg.com<br>rhaddad@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>dcastleman@otterbourg.com<br>230 Park Avenue<br>New York, NY  10169<br>Tel: (212) 661-9100<br>Fax: (212) 682-6104<br>*Co-Counsel for Official Committee of Talc Claimants* |

| | |
|---|---|
| In re:<br>**LTL MANAGEMENT, LLC,**[1]<br><br>**Debtor.** | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |
| **THE OFFICIAL COMMITTEE OF TALC CLAIMANTS**<br><br>Appellant,<br><br>v.<br><br>**LTL MANAGEMENT LLC**,<br><br>Appellee. | Case No.:  23-02918 (MAS) |

### NOTICE OF MOTION FOR AN ORDER ADMITTING BRET R. VALLACHER TO APPEAR *PRO HAC VICE*

**TO:   PARTIES ON THE COURT'S ELECTRONIC MAIL NOTICE LIST**

**PLEASE TAKE NOTICE** that on August 7, 2023 at 10:00 a.m. or as soon thereafter as counsel may be heard, The Official Committee of Talc Claimants ("Appellant") shall apply, pursuant to Local Civil Rule 101.1(c), before the Honorable Judge Michael A. Shipp, United States District Court for the District of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 5W, Trenton, NJ 08608, for entry of an Order admitting Bret R. Vallacher, Esq., of the law firm Massey & Gail LLP, co-counsel for Appellant in this proceeding, *Pro Hac Vice* on behalf of Appellant in the pending matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Appellant will rely upon the declarations of Daniel M. Stolz and Bret R. Vallacher submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Appellant does not request the opportunity to present oral argument in support of this Motion.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2

**PLEASE TAKE FURTHER NOTICE** that a proposed order granting the relief requested is submitted herewith.

Dated:  July 6, 2023

Respectfully submitted,

GENOVA BURNS LLC

By: /s/ Daniel M. Stolz
Daniel M. Stolz, Esq.
110 Allen Road, Suite 304
Basking Ridge, NJ  07920

*Counsel for the Official Committee of Talc Claimants*